[No. 8218-1-III.  Division Three.  April 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TERENCE ROBERT COOK, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-1-00272-6, Harold D. Clarke, J., entered November 4, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 8212-1-III.  Division Three.  April 7, 1988.]

M. STANLEY SLOAN, *Appellant,* v. WILLIAM W. MAIN CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-01073-2, William G. Luscher, J., entered October 1, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 8221-1-III.  Division Three.  April 7, 1988.]

THE WAUSAU INSURANCE COMPANIES, *Appellant,* v. COWICHE GROWERS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-2-00631-1, Howard Hettinger, J., entered September 25, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.